UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE:<br><br>GRECIAN WILLETTE THRIAS STANDLEY<br><br>Debtor | Chapter 13<br>Case No. 20-71174-FJS |
| PNC BANK, NATIONAL ASSOCIATION<br><br>Movant<br><br>v.<br><br>GRECIAN WILLETTE THRIAS STANDLEY<br>(Debtor)<br><br>CHRISTOPHER D. STANDLEY<br>(Co-Debtor)<br><br>MICHAEL P. COTTER<br>(Trustee)<br><br>Respondents | Ref. Dkt. #43 |

## NOTICE OF DEFAULT

According to the records of PNC Bank, National Association ("PNC Bank"), the Debtor has failed to comply with the terms of the Order Modifying Automatic Stay and Granting Contingent Relief from Co-Debtor Automatic Stay ("Order Modifying") entered by this Court with regard to PNC Bank's Motion for Relief from the Automatic Stay and Co-Debtor Stay ("Motion"):

The Debtor is in default for a total amount of $7,058.96, which includes four (4) regular monthly payments in the amount of $1,673.58 each for the months of August 2021 through November 2021, one (1) arrearage payment in the amount of $272.09 for the month of October 15, 2021, includes a credit of $57.45 for funds held in the Debtor's suspense account and

Daniel K. Eisenhauer, Esq., Bar # 85242
Joseph M. LeNoir, Bar #75124
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

$150.00 for reimbursement of attorneys' fees and costs incurred by PNC Bank in filing the Notice of Default. Acceptance of partial payments will not constitute a waiver of PNC Bank's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

Unless the Debtor cures the full amount of this default by sending funds directly to PNC Bank, N.A., Attn: Payment Services, 3232 Newmark Drive, Miamisburg, OH 45342 within ten (10) days of the date noted on the Certificate of Service of this Notice and makes all other payments which may become due under the Order Modifying during this period, PNC Bank shall electronically file and serve a Notice of Intent to Foreclose to Debtor's last known address, to their counsel at the address shown hereunder and to the Trustee and is entitled to exercise its legal rights under applicable law including, but not limited to, foreclosure of the Debtor's Property, as defined in the Motion.

Date:  November 9, 2021

Respectfully submitted,

/s/ Joseph M. LeNoir
Daniel K. Eisenhauer, Bar #85242
Joseph M. LeNoir, Bar #75124
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for PNC Bank, National Association
deisenhauer@orlans.com
jlenoir@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on November 9, 2021, copies of the foregoing Notice of Default were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Michael P. Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
mpcotter@mpcch13.com
*Bankruptcy Trustee*

John Russell Bollinger
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
ecf@bolemanlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Default to the following non-ECF participants:

Grecian Willette Thrias Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Debtor*

Christopher D. Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Co-Debtor*

                                                /s/ Joseph M. LeNoir
                                                Joseph M. LeNoir, Esquire