UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

    Grecian Willette Thrias Standley        Chapter 13
                                                 Case No. 20-71174-FJS

    Debtor

_____

## RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY

NOW COMES, PNC Bank, National Association, by and through counsel ("Respondent"), files its Response to Debtor's Motion to Sell Real Property located at 6424 Aberdeen Place, Suffolk, VA 23435 ("Motion to Sell") and as reasons respectfully represents as follows:

1. Respondent is a Secured Creditor which holds a first lien on the above referenced real property.

2. On or about April 6, 2020, Grecian Willette Thrias Standley ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. On or about December 7, 2021, the Debtor filed their Motion to Sell.

4. Respondent does not object to the sale on the condition that the lien is paid in full, subject to a proper payoff quote from Respondent, which will been sent to Debtor's counsel upon request.

      WHEREFORE, Respondent, requests the Debtor's Motion to Sell be granted.

Date:  December 21, 2021

                Respectfully submitted,

                /s/Daniel K. Eisenhauer
                Daniel K. Eisenhauer, Bar #85242
                Orlans PC
                PO Box 2548
                Leesburg, VA 20177
                (703) 777-7101
                Attorney for PNC Bank, National Association
                deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on December 21, 2021, copies of the foregoing Response to Debtor's Motion to Sell Real Property were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Michael P. Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
mpcotter@mpcch13.com
*Bankruptcy Trustee*

John Russell Bollinger
Lorin D. Hay
Kathryne Mary Rose Shaw
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
ecf@bolemanlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Response to Debtor's Motion to Sell Real Property to the following non-ECF participants:

Grecian Willette Thrias Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Debtor*

Christopher D. Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Co-Debtor*

/s/Daniel K. Eisenhauer_____
Daniel K. Eisenhauer, Esquire