UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE:<br><br>GRECIAN WILLETTE THRIAS STANDLEY<br><br>Debtor | Chapter 13<br>Case No. 20-71174-FJS |
| PNC BANK, NATIONAL ASSOCIATION<br><br>Movant<br><br>v.<br><br>GRECIAN WILLETTE THRIAS STANDLEY<br>(Debtor)<br><br>CHRISTOPHER D. STANDLEY<br>(Co-Debtor)<br><br>MICHAEL P. COTTER<br>(Trustee)<br><br>Respondents | Ref. Dkt. #40 |

## NOTICE OF INTENT TO FORECLOSE

COMES NOW, PNC Bank, National Association ("PNC Bank") by undersigned counsel hereby gives notice of the following:

1. That an Order Modifying Automatic Stay and Granting Contingent Relief from Co-Debtor Automatic Stay ("Order") was entered by this Court on June 28, 2021.

2. That pursuant to the terms of the Order, a Notice of Default was served and filed on November 9, 2021.

3. The Debtor has failed to cure the Notice of Default.

Daniel K. Eisenhauer, Esq., Bar # 85242
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

Pursuant to the terms of the Order entered herein and the Debtor's failure to cure the Notice of Default, the Automatic Stay and Co-Debtor Stay are terminated and PNC Bank is free to exercise its rights under the terms of the Note and Deed of Trust.

Date:  January 17, 2022

                        Respectfully submitted,

                        /s/Daniel K. Eisenhauer\
                        Daniel K. Eisenhauer, Bar #85242\
                        Orlans PC\
                        PO Box 2548\
                        Leesburg, VA 20177\
                        (703) 777-7101\
                        Attorney for PNC Bank, National Association\
                        deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on January 17, 2022, copies of the foregoing Notice of Intent to Foreclose were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Michael P. Cotter
341 Dial: 866-829-0903 Code: 2027797
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
mpcotter@mpcch13.com
*Bankruptcy Trustee*

John Russell Bollinger
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
ecf@bolemanlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Intent to Foreclose to the following non-ECF participants:

Grecian Willette Thrias Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Debtor*

Christopher D. Standley
6424 Aberdeen Place
Suffolk, VA 23435
*Co-Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire